# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAIDE JO DEMONTINEY,<br><br>Defendant. | CR 22-33-GF-BMM<br><br><br>ORDER |
|---|---|

Upon request of the United States and for good cause shown, IT IS ORDERED that the Clerk of Court issue a Warrant for Arrest for Brittany Martell.

DATED this 10th day of May, 2022.

_John Johnston_
United States Magistrate Judge

1